# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **MEAGAN FLEENER on behalf of herself individually, AND ALL SIMILARLY SITUATED,** § § § | | |
| Plaintiffs, § | | |
| § | **CIVIL ACTION** | |
| § | **FILE NO: 4:15-cv-1206** | |
| **v.** § | | |
| § | | |
| § | | |
| **MARBAR VENTURE CORP.** § | | |
| Defendant. § | | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Meagan Fleener on behalf of herself individually and all others similarly situated, by and through the undersigned counsel, hereby discloses on information and belief the following interested parties:

**1. PLAINTIFF**

(a) Meagan Fleener and all others similarly situated
c/o Joe Williams
The Law Offices of Joe M. Williams & Associates, P.L.L.C.
810 Highway 6 South, Suite 111
Houston, Texas 77079
(832) 230-4125

Miss Fleener is represented by the following counsel:

Joe Williams
The Law Offices of Joe M. Williams & Associates, P.L.L.C.
810 Highway 6 South, Suite 111
Houston, Texas 77079
(832) 230-4125

**2. DEFENDANT**

(b) Marbar Venture Corp – Defendant

- 2 -

Defendant has not yet been served with suit at the time of this filing and therefore at this time, Plaintiff is unaware of the identity of Defendant's legal counsel.

        Respectfully submitted,

        THE LAW OFFICES OF JOE M. WILLIAMS & ASSOCIATES, P.L.L.C.

        By:   /s/ *Joe Williams*
            Joe M. Williams
            State Bar No. 24063066
            Fed ID No. 997092

        810 Highway 6 South, Suite 111
        Houston, Texas 77079
        Telephone:   (832) 230-4125
        Facsimile:   (832) 230-5310

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on this the 6th day of May, 2015, a true and correct copy of the foregoing instrument has been forwarded to Defendant via personal process server. This instrument has also been forwarded via the Court's ecf electronic filing system to all persons to whom are registered to receive such notice.

        By:   /s/ *Joe Williams*
            Joe Williams