IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br><br><br><br>MARBAR VENTURE, CORP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO.  4:15-cv- 1206<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby files the following Notice of Consent in connection with the above-

entitled and numbered action attached hereto as Exhibit A.

                                           THE LAW OFFICE OF JOE M. WILLIAMS &
                                           ASSOCIATES, P.L.L.C.


                                           By:      /s/ *Joe Williams*
                                                 Joe Micah Williams
                                                 State Bar No. 24063066
                                                 Fed ID No. 997092

                                           810 Highway 6 S., Suite 111
                                           Houston, Texas 77079
                                           Telephone:     (832) 230-4125
                                           Facsimile:      (832) 230-5310

                                           **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the 6th day of May, 2015, a true and correct copy of the foregoing instrument has been forwarded to Defendant via personal process server. This instrument has also been forwarded via the Court's ecf electronic filing system to all persons to whom are registered to receive such notice.

                                                By:    */s/ Joe Williams*
                                                       Joe Williams