IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MEAGAN FLEENER on behalf of herself     §
individually AND ALL OTHERS             §
SIMILARLY SITUATED,                     §
                                        §
Plaintiff                               §
                                        §
v.                                      §
                                        §
                                        §     CIVIL ACTION NO.  4:15-cv- 1206
                                        §
                                        §
                                        §
                                        §
                                        §
                                        §
                                        §
MARBAR VENTURE, CORP
Defendant.

**EXHIBIT A TO NOTICE OF FILING CONSENT FORM**

**1.  Meagan Fleener**

IN RE: FLSA CLAIMS            §            COLLECTIVE ACTION
                             §
                             §            NOTICE OF CONSENT
                             §

I consent to be a party plaintiff in a wage and hour case against Defendant. I agree to be represented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professional Services Agreement entered into by the lead plaintiff.

_Meagan Fee_
Signature

_Meagan Rene Fleener_
Full Legal Name (print)

_4-30-2015_
Date

_950 FM 1959 #103_
Street Address

_Houston, TX 77043_
City, State, Zip Code

_281-667-2338_
Telephone Number

_281-667-2338_
Cell Phone Number

_meaganrf1984@gmail.com_
E-mail Address

_Andrea Fleener 281 685-3682_
Emergency Contact (Name & Phone #)

Return by Mail to:          The Law Offices of Joe M. Williams & Associates, P.L.L.C.
                            Overtime Case
                            810 Highway 6 South, Suite 111
                            Houston, Texas 77079

OR by fax to:               832-230-5310 (Facsimile)

OR by email to:             joe@joemwilliamslaw.com.