IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff | § § | |
| v. | § § § § § § § § § § § | CIVIL ACTION NO. 4:15-cv- 1206 |
| MARBAR VENTURE, CORP Defendant. | | |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby files the following Notice of Consent in connection with the above-entitled and numbered action attached hereto as Exhibit A.

        THE LAW OFFICE OF JOE M. WILLIAMS &
        ASSOCIATES, P.L.L.C.

        By:   /s/ *Joe Williams*
              Joe Micah Williams
              State Bar No. 24063066
              Fed ID No. 997092

        810 Highway 6 S., Suite 111
        Houston, Texas 77079
        Telephone:   (832) 230-4125
        Facsimile:    (832) 230-5310

        **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  This is to certify that on this the 12th day of May, 2015, a true and correct copy of the foregoing instrument has been forwarded to Defendant via certified mail return receipt requested and via regular U.S. Mail. . This instrument has also been forwarded via the Court's ecf electronic filing system to all persons to whom are registered to receive such notice.

**VIA CERTIFIED MAIL R/R/R**
**7014 2120 0003 4905 5494**
Marbar Venture Corp.
Renos
20810 Gulf Freeway #L
Webster, Texas 77598


          By: /s/ *Joe Williams*
             Joe Williams