IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED, | § § § § |
| Plaintiff | § § |
| v. | § § |
| | §    CIVIL ACTION NO.  4:15-cv- 1206 |
| | § § § § § § § |
| MARBAR VENTURE, CORP Defendant. | |

**EXHIBIT A TO NOTICE OF FILING CONSENT FORM**

**1.  Jessica Rychlik (Willenborg)**

| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST | § § | COLLECTIVE ACTION |
| MARBAR CORP | § § | NOTICE OF CONSENT |

I consent to be a party plaintiff in a wage and hour case against Marbar Corp. I agree to be represented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professional Services Agreement entered into by the lead plaintiff.

*Jessica Rychlik (Willenborg)*
Signature

Jessica Rychlik (Willenborg)
Full Legal Name (print)

5-11-15
Date

800 W. Nasa Pkwy Apt 15   Webster TX, 77598
Street Address

Cell Phone Number   202-578-2581

Webster TX, 77598
City, State, Zip Code

E-mail Address   willenborgjessie101@gmail.com

Telephone Number

Emergency Contact (Name & Phone#)   Chrissy Stiles
979 583 3386

Return by Mail to:   The Law Offices of Joe M. Williams & Associates, P.L.L.C.
Marbar Corp Overtime Case
810 Highway 6 South, Suite 111