IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br><br><br><br><br><br><br>MARBAR VENTURE, CORP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.  4:15-cv- 1206<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby files the following Notice of Consent in connection with the above-entitled and numbered action attached hereto as Exhibit A.

> THE LAW OFFICE OF JOE M. WILLIAMS &
> ASSOCIATES, P.L.L.C.
>
>
> By:      /s/ *Joe Williams*
>           Joe Micah Williams
>           State Bar No. 24063066
>           Fed ID No. 997092
>
> 810 Highway 6 S., Suite 111
> Houston, Texas 77079
> Telephone:    (832) 230-4125
> Facsimile:    (832) 230-5310
>
> **ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

   This is to certify that on this the 12th day of May, 2015, a true and correct copy of the foregoing instrument has been forwarded to Defendant via certified mail return receipt requested and via regular U.S. Mail. . This instrument has also been forwarded via the Court's ecf electronic filing system to all persons to whom are registered to receive such notice.

**VIA CERTIFIED MAIL R/R/R**
**7014 2120 0003 4905 5494**
Marbar Venture Corp.
Renos
20810 Gulf Freeway #L
Webster, Texas 77598

               By: ____/s/ *Joe Williams*_____
                  Joe Williams