IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br><br><br><br>MARBAR VENTURE, CORP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:15-cv- 1206<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**EXHIBIT A TO NOTICE OF FILING CONSENT FORM**

**1. Christina Stiles**

| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST | § § | COLLECTIVE ACTION |
| MARBAR CORP | § § | NOTICE OF CONSENT |

    I consent to be a party plaintiff in a wage and hour case against Marbar Corp. I agree to be represented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professional Services Agreement entered into by the lead plaintiff.

*Chrissy Stiles*
Signature

Christina Ann Stiles
Full Legal Name (print)

5-11-15
Date

2802 W. Bay Area Blvd. apt #2007
Street Address

Cell Phone Number: 979-583-3386

Webster TX, 77598
City, State, Zip Code

E-mail Address: spazballer@gmail.com

Telephone Number

Emergency Contact (Name & Phone #): Cary Stiles  281-615-7228

Return by Mail to:  The Law Offices of Joe M. Williams & Associates, P.L.L.C.
Marbar Corp Overtime Case
810 Highway 6 South, Suite 111