IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br><br><br>MARBAR VENTURE, CORP<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.  4:15-cv- 1206<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF FILING WITHDRAWAL OF CONSENTS

Comes now the following named class members, and files this, their notice of withdrawal of consent to join the above-referenced class action lawsuit.

The following individual hereby withdraws her notice of consent from this action:

1. Jessica Rychlik Willenborg

        THE LAW OFFICE OF JOE M. WILLIAMS &
        ASSOCIATES, P.L.L.C.


        By:_____/s/ *Joe Williams*_____
            Joe Micah Williams
            State Bar No. 24063066
            Fed ID No. 997092

810 Highway 6 South, Suite 111
Houston, Texas 757079
Telephone:    (832) 230-4125
Facsimile:     (832 230-5310

**ATTORNEY FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served to all counsel of record via the courts ecf electronic filing system on this 2nd day of June 2015.

                                                             */s/ Joe Williams*
                                                             Joe Williams