IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN FLEENER on behalf of Herself individually, AND ALL SIMILARLY SITUATED | § § § § | |
| Plaintiffs | § § | CIVIL ACTION FILE NO:   4:15-cv-1206 |
| v. | § § | |
| MARBAR VENTURE CORP. Defendant | § § § | |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Marbar Venture Corp., files this Answer to the Complaint of Plaintiff Meagan Fleener, individually and all others similarly situated (collectively "Plaintiffs") as follows:

1. Paragraph 1 of the Complaint does not require a response.

2. Paragraph 2 of the Complaint does not require a response. To the extent paragraph 2 contains any averments requiring a response from Defendant, those averments are denied. Defendant specifically denies violating any provisions of the Fair Labor Standards Act ("FSLA") and deny that Plaintiffs are entitled to any relief in this action.

3. Paragraph 3 of the Complaint does not require a response.

4. Paragraph 4 is admitted.

### I.   JURISDICTION AND VENUE

5. Concerning the averments in Paragraphs 5 and 6 of the Complaint, Defendant admits that a federal question jurisdiction exists under the FSLA, 29 U.S.C. § 201 *et seq*. and 28 U.S.C. § 1331. All other averments are denied.

6. Paragraph 7 is admitted as to the jurisdictional averments.

## II. PARTIES

7. Concerning the averments in paragraph 8 of the Complaint, upon information and belief, Defendant admits Meagan Fleener is a resident of Houston, Texas.

8. Concerning the averments in paragraph 9, Defendant admits that Plaintiffs have been employed by Defendant within the last three-year period preceding the filing of this action. All other averments are denied.

9. Defendants admit the averments concerning service in paragraph 10 of the Complaint.

10. Defendants deny the averments in paragraph 11 of the Complaint.

11. Defendant admits averments contained in paragraphs 12 through 16 of the Complaint.

## III. CLASS ALLEGATIONS

12. The averments in paragraphs 17 through 21 of the Complaint do not require a response. To the extent paragraphs 17 through 21 contains any averments requiring a response from Defendant, those averments are denied.

## IV. FACTS

13. Defendants admit the averments in paragraph 22 of the Complaint.

14. Defendants admit the averments in paragraph 23 of the Complaint.

15. Defendants admit the averments in paragraph 24 of the Complaint to the extent of Defendants place of business. Defendants deny all other averments.

16. Defendants deny the averments in paragraph 25 of the Complaint.

17. Defendants deny the averments in paragraph 26 of the Complaint.

18. Defendants deny the averments in paragraph 26 of the Complaint.

19. Defendants deny the averments in paragraph 27 of the Complaint.

20. Defendants deny the averments in paragraph 28 of the Complaint.

21. Defendants deny the averments in paragraph 29 of the Complaint.

22. Defendants deny the averments in paragraph 30 of the Complaint.

23. Defendants deny the averments in paragraph 31 of the Complaint.

24. Defendants deny the averments in paragraph 32 of the Complaint.

25. Defendants deny the averments in paragraph 33 of the Complaint.

26. Defendants deny the averments in paragraph 34 of the Complaint.

27. Defendants deny the averments in paragraph 35 of the Complaint.

28. Defendants deny the averments in paragraph 36 of the Complaint.

## V.   FIRST CLAIM OF RELIEF

29. The averments in paragraph 37 of the Complaint do not require a response.

30. Defendants deny the averments in paragraph 38 of the Complaint.

31. Defendants deny the averments in paragraph 39 of the Complaint.

32. Defendants deny the averments in paragraph 40 of the Complaint.

33. Defendants deny the averments in paragraph 41 of the Complaint.

34. Defendants deny the averments in the second paragraph 38 of the Complaint.

35. Defendants deny the averments in the second paragraph 39 of the Complaint.

36. Defendants deny the averments in the second paragraph 40 of the Complaint.

37. Defendants deny the averments in the second paragraph 41 of the Complaint.

38. Defendants deny the averments in paragraph 42 of the Complaint.

39. Defendants deny the averments in paragraph 43 of the Complaint.

40. Concerning the averments in paragraph 44 of the Complaint, Defendant admits

that Plaintiffs have filed this Complaint seeking averments in paragraph 44.

41.     Concerning the averments in paragraph 45 of the Complaint, Defendant admits that Plaintiffs have filed this Complaint seeking averments in paragraph 45.

### VI.     COLLECTIVE ACTION ALLEGATIONS

42.     The averments in paragraph 46 of the Complaint do not require a response.

43.     Defendants deny the averments in paragraph 47 of the Complaint.

44.     Defendants deny the averments in paragraph 48 of the Complaint.

45.     Defendants deny the averments in paragraph 49 of the Complaint.

46.     Defendants deny the averments in paragraph 50 of the Complaint.

47.     Defendants deny the averments in paragraph 51 of the Complaint.

48.     The averments in paragraphs 52 through 55 of the Complaint do not require a response. To the extent paragraphs 52 through 55 contains any averments requiring a response from Defendant, those averments are denied.

### VII.     SECOND CLAIM FOR RELIEF

49.     The averments in paragraph 56 of the Complaint do not require a response.

50.     Defendants deny the averments in paragraph 57 of the Complaint.

51.     Defendants deny the averments in paragraph 58 of the Complaint.

52.     Defendants deny the averments in paragraph 59 of the Complaint.

53.     Defendants deny the averments in paragraph 60 of the Complaint.

54.     Defendants deny the averments in paragraph 61 of the Complaint.

55.     Concerning the averments in paragraph 62 of the Complaint does not require a response as it is a statement of relief requested.

56.     Concerning the averments in paragraph 63 of the Complaint does not require a

response as it is a statement of relief requested.

## VIII.  COLLECTIVE ACTION ALLEGATIONS

57. The averments in paragraph 64 of the Complaint do not require a response.

58. Defendants deny the averments in paragraph 65 of the Complaint.

59. Defendants deny the averments in paragraph 66 of the Complaint.

60. Defendants deny the averments in paragraph 67 of the Complaint.

61. Defendants deny the averments in paragraph 68 of the Complaint.

62. Defendants deny the averments in paragraph 69 of the Complaint.

63. Defendants deny the averments in paragraph 70 of the Complaint.

64. Defendants deny the averments in paragraph 71 of the Complaint.

65. Defendants deny the averments in paragraph 72 of the Complaint.

66. Defendants deny the averments in paragraph 73 of the Complaint.

## IX.  THIRD CLAIM FOR RELIEF

67. Defendants deny the averments in paragraph 74 of the Complaint.

68. Defendants deny the averments in paragraph 75 of the Complaint.

69. Defendants deny the averments in paragraph 76 of the Complaint.

70. Defendants deny the averments in paragraph 77 of the Complaint.

71. Defendants deny the averments in paragraph 78 of the Complaint.

72. Defendants deny the averments in paragraph 79 of the Complaint.

73. Defendants deny the averments in paragraph 80 of the Complaint.

74. Defendants deny the averments in paragraph 81 of the Complaint.

75. Defendants deny the averments in paragraph 82 of the Complaint.

76. Defendants deny the averments in paragraph 83 of the Complaint.

77. Concerning the averments in paragraph 84 of the Complaint does not require a response as it is a statement of relief requested.

## X. COLLECTIVE ACTION DAMAGES

78. The averments in paragraph 85 of the Complaint do not require a response.

79. Defendants deny the averments in paragraph 86 of the Complaint.

80. Defendants deny the averments in paragraph 87 of the Complaint.

81. Defendants deny the averments in paragraph 88 of the Complaint.

82. Defendants deny the averments in paragraph 89 of the Complaint.

83. Defendants deny the averments in paragraph 90 of the Complaint.

84. Defendants deny the averments in paragraph 91 of the Complaint.

85. Defendants deny the averments in paragraph 92 of the Complaint.

86. Defendants deny the averments in paragraph 93 of the Complaint.

87. Defendants deny the averments in paragraph 94 of the Complaint.

88. Defendants deny the averments in paragraph 95 of the Complaint.

## XI. FOURTH CLAIM FOR RELIEF

89. The averments in paragraph 96 of the Complaint do not require a response.

90. Defendants deny the averments in paragraph 97 of the Complaint.

91. Defendants deny the averments in paragraph 98 of the Complaint.

92. Defendants deny the averments in paragraph 99 of the Complaint.

## XII. ATTORNEY FEES

93. The averments in paragraph 100 of the Complaint do not require a response.

94. Concerning the averments in paragraph 101 of the Complaint does not require a response as it is a statement of relief requested.

### XIII. JURY DEMAND

95. The averments in paragraph 102 of the Complaint do not require a response.

### XIV. PRAYER FOR RELIEF

96. Defendants deny that Plaintiffs are entitled to relief set forth in this action.

Wherefore, Defendant requests that the Court enter its judgment that Plaintiff take nothing by way of his suit and go hence without day, that Defendant have and recover their attorney fees and costs incurred in defense of Plaintiff's claims and for such other relief, legal or equitable, general or specific to which he may be entitled.

**Rogers & Anderson, PLLC**

/s/ Karen C. Dennison
Karen C. Dennison
S.D. TXN 2119037
TBN 24044680
15240 Highway 3 #604
Webster, Texas 77598
Phone: (713) 594-5815
Fax: (713) 893-0812
karen@kcdlegaltx.com
Counsel for Defendant

### CERTIFICATE OF SERVICE

The foregoing Defendant's Original Answer was served upon Plaintiff's counsel, Joe Williams by facsimile transmission 832-230-5310 unless otherwise notice by ECF on June 12, 2015.

/s/ Karen C. Dennison
Karen C. Dennison