IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff | § § | |
| v. | § § § § § § § § § § § | CIVIL ACTION NO. 4:15-cv- 1206 |
| MARBAR VENTURE, CORP Defendant. | | |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby files the following Notice of Consent in connection with the above-entitled and numbered action attached hereto as Exhibit A.

                                        THE LAW OFFICE OF JOE M. WILLIAMS &
                                        ASSOCIATES, P.L.L.C.

                                        By:  /s/ *Joe Williams*
                                             Joe Micah Williams
                                             State Bar No. 24063066
                                             Fed ID No. 997092

                                        810 Highway 6 S., Suite 111
                                        Houston, Texas 77079
                                        Telephone:  (832) 230-4125
                                        Facsimile:  (832) 230-5310

                                        **ATTORNEY FOR PLAINTIFF**

Case 4:15-cv-01206   Document 10   Filed on 06/16/15 in TXSD   Page 2 of 2

## **CERTIFICATE OF SERVICE**

  This is to certify that on this the 16th day of June 2015, a true and correct copy of the foregoing instrument has been forwarded to Defendant's counsel of record via the Court's ecf electronic filing system.

               By: _/s/ *Joe Williams*_
                  Joe Williams