IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br><br><br><br>MARBAR VENTURE, CORP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CIVIL ACTION NO. 4:15-cv- 1206 |

## EXHIBIT A TO NOTICE OF FILING CONSENT FORM

**1. Stacy Renee Palomarez**

IN RE: FLSA CLAIMS AGAINST § COLLECTIVE ACTION
§
MARBAR CORP § NOTICE OF CONSENT
§

I consent to be a party plaintiff in a wage and hour case against Marbar Corp. I agree to be represented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professional Services Agreement entered into by the lead plaintiff.

_____
Signature

Stacy Renee Palomarez
Full Legal Name (print)

5-26-15
Date

419 19th Ave. North
Street Address

409-771-5757
Cell Phone Number

Texas City, Tx. 77590
City, State, Zip Code

Stacy4417@att.net
E-mail Address

409-789-9065
Telephone Number

Jeremy Calvert
Emergency Contact (Name & Phone #)

Return by Mail to: The Law Offices of Joe M. Williams & Associates, P.L.L.C.
Marbar Corp Overtime Case
810 Highway 6 South, Suite 111