IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **MEAGAN FLEENER on behalf of** § | | |
| **herself individually, AND ALL** § | | |
| **SIMILARLY SITUATED,** § | | |
| Plaintiffs, § | | |
| § | CIVIL ACTION | |
| § | FILE NO: 4:15-cv-1206 | |
| **v.** § | | |
| § | | |
| § | | |
| **MARBAR VENTURE CORP.** § | | |
| Defendant. § | | |

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR CONDITIONAL CLASS CERTIFICATION, *HOFFMAN-LaROCHE* NOTICE TO POTENTIAL CLASS MEMBERS AND EQUITABLE TOLLING OF STATUTE OF LIMITATIONS**

Plaintiff Meagan Fleener (hereinafter the "Named Plaintiff") on behalf of herself individually and on behalf of all others similarly situated and Defendant Marbar Venture Corp. (hereinafter collectively referred to as "Defendant"), jointly file this motion for conditional certification. Plaintiff and Defendant jointly moves that a class of workers who were paid on an hourly basis at Defendant's bar/club located at 2810 Gulf Freeeway, Suite L, Webster Texas 77598 and operated under the name "Renos," be conditionally certified and that notice be sent to potential opt-in plaintiffs informing them of their right to participate in this action. Plaintiff and Defendant also requests the creation of a 60 day "opt-in" period.

1.  The parties agree that this motion should be granted in order that the rights of potential class members are protected.

2.  For purposes of conditional certification and notice, the parties request that the Court authorize the Proposed Notice (attached herein as **Exhibit A**) to the following group of individuals:

**Joint Motion For Conditional Class Certification**
*Fleener et al. v. Marbar Venture Corp.*

All persons who presently work, or formerly worked for Defendant and were paid on an hourly basis during the three-year period beginning May 6, 2013 to the present

This notice provides information regarding the pendency of the current action and of the opportunity to opt- in.  Plaintiff's legal claims are accurately described.  Potential opt-ins are advised that they are not required to participate.  The notice provides clear instructions on how to opt-in and accurately states the prohibition against retaliation or discrimination for participation in this action. The notice is to be accompanied by a consent form (herein included as **Exhibit B**), which permits potential class member to "opt-in".

3. The parties agree that Defendant will produce all potential class members' names and all contact information to Plaintiff's counsel and approve the mailing of notice to all potential class members within 14 days of the signing of the order granting conditional certification.

4. For the reasons set forth above, the parties respectfully request the Court grant their Joint Motion and issue the Proposed Order, (included herein as **Exhibit C**) thereby conditionally certifying this case as a FLSA class action under 29 U.S.C. Section 216 (b) and authorizing dissemination of notice to the prospective class

Respectfully submitted,

| | |
|---|---|
| **THE LAW OFFICES OF JOE M. WILLIAMS & ASSOCIATES, P.L.L.C.** | **CUNNINGHAM LEGAL** |
| 810 Highway 6 South, Suite 111<br>Houston, Texas  77079<br>(832) 230-4125 – Telephone<br>(832) 230 –5310 Facsimile | 15240 Highway 3, #604<br>Webster, Texas 77598<br>(713) 594-5815 – Telephone<br>(713) 893-0812 – Facsimile |
| By: /s/ *Joe Williams*<br>    Joe Williams<br>    Federal ID. No.997092<br>    State Bar No. 24063066 | By: /s/ *Karen Dennison*<br>    Karen Dennison<br>    Federal ID No. 2119037<br>    State Bar No. 24044680 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |