# Exhibit A

## IN IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **MEAGAN FLEENER on behalf of herself individually, AND ALL SIMILARLY SITUATED,** § § § | | |
| Plaintiffs, § | | |
| § | **CIVIL ACTION** | |
| § | **FILE NO: 4 :15-cv-1206** | |
| **v.** § | | |
| § § § | | |
| **MARBAR VENTURE CORP.** § | | |
| Defendant. § | | |

TO: Present and Former Hourly Employees of Marbar Venture Corp. who performed work as an hourly employee on or after May 6, 2013.

DATE _____, 201\_\_\_

RE: *Megan Fleener on behalf of herself individually and all others similarly situated v. Marbar Venture Corp.:* Cause Number 4:15-cv-1206. In the United States District Court for the Southern District of Texas, Houston Division.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT, HONORABLE ALFRED H. BENNETT U.S. DISTRICT COURT JUDGE**

### I.     INTRODUCTION

The purpose of the Notice is to inform you of a collective action lawsuit against Marbar Venture Corp., in which you are similarly situated to the Named Plaintiff, to advise you of your rights, and to explain how you may participate.

### II.     DESCRIPTION OF THE LAWSUIT

The Named Plaintiff, Megan Fleener (the "Named Plaintiff"), filed this lawsuit, *Megan Fleener on behalf of herself individually and all others similarly situated v. Marbar Venture Corp.:* Cause Number 4:15-cv-1206, on behalf of herself and other current and former hourly employees who were hourly workers who work or worked for Marbar Venture Corp., operating as "Renos." (the "Defendant") alleging a) that they are owed overtime pay under the federal Fair Labor Standards Act ("FLSA"), b) that they are owed compensation for work performed, but not recorded or paid under the federal Fair Labor Standards Act ("FLSA"), and c) that they are owed compensation for Defendant's failure to pay minimum wage.

Plaintiff alleges that she is entitled to recover overtime wages from the Defendant because the Defendant unlawfully failed to pay her overtime pay for work performed over 40 hours in a workweek. Plaintiff also alleges that Defendant unlawfully failed to compensate her for work performed, but not recorded or paid ("off-the-clock" work).  Plaintiff also alleges that she is entitled to recover for damages because Defendant failed to pay minimum wage. Plaintiff also seeks an additional equal amount as liquidated damages, and prejudgment interest, attorneys' fees and costs.  The Defendant denies plaintiff's allegations.

Because of the statute of limitations, eligible hourly workers who do *not* join this litigation or file their own separate claims may lose their rights to recover overtime for work performed in the past, for work performed, but not recorded or paid in the past, or for failing to receive minimum wage for Defendant Marbar Ventur Corp.

### III.    COMPOSITION OF THE CLASS

The Named Plaintiff in this case seeks to sue on behalf of herself, and also on behalf of all other current and former hourly employees of Defendant who are similarly situated.  Specifically, Plaintiff seeks to sue on behalf of:

> **All current and former employees of Defendant that worked at its location owned or operated by Defendant in Webster, Texas during the class period, and claims that he or she either failed to receive all of his or her minimum wage pay in violation of 29 U.S.C.201 et. seq ., and seeks payment for such lawfully earned minimum wage pay, or/or (b) failed to receive all of his or her overtime compensation, in violation of 29 U.S.C. 201 et. seq.**

### IV.    YOUR RIGHT TO PARTICIPATE IN THIS SUIT

If you fit the definition above, you may join the FLSA claim in this suit (that is, you may "opt-in") by mailing of faxing the attached "Consent to Join" form postmarked dated no later than_____ to:

THE LAW OFFICE OF JOE M. WILLIAMS & ASSOCIATES, P.L.L.C.
810 Highway 6 South, Suite 111
Houston, Texas 77079
Fax (832) 230-5310

If you choose to join in the FLSA claim, your Consent to Join form must be postmarked on or before_____.  If you fail to return the Consent to join form to the above address postmarked on or before_____, you will not be able to recover any overtime back wages, compensation for "off-the-clock" work, and/or compensation for failure to pay minimum wage under the FLSA claim in this lawsuit.

If you file a Consent to Join form, your continued right to participate in the FLSA claim may depend upon a later decision by the District court that you and the plaintiff are actually

"similarly situated" in accordance with federal law.

## V.   EFFECT OF JOINING THIS SUIT

If you join the FLSA claim, you will be bound by the judgment, whether favorable or unfavorable. While this suit is proceeding, you may be required to respond to written questions, sit for depositions, and/or testify in court.

By joining this lawsuit, you designate the named plaintiff and plaintiff's attorneys as your representatives, and, to the fullest extent possible under applicable laws, to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative plaintiff will be binding on you if you join this lawsuit.

## VI.   NO LEGAL EFFECT IN NOT JOINING THIS SUIT

If you choose not to join the FLSA claim, you will not be affected by any judgment or settlement rendered in this case on this claim, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to file your own lawsuit. However, if you choose not to join in this lawsuit and to not otherwise pursue legal action, you may lose your right to seek compensation for overtime, minimum wage, or for work performed, but not recorded under the FLSA under the applicable statute of limitations.

## VII.   NO RETALIATION PERMITTED

Federal law prohibits Marbar Venture Corp., or any of its owners, managers or representatives from discharging or in any other manner discriminating against you because have exercised your rights under the FLSA to seek compensation.

## VIII.   YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join in this suit, your interests will be represented by the Named Plaintiff through her attorney, as counsel for the class. Counsel for the class includes:

**Joe M. Williams**
THE LAW OFFICE OF JOE M. WILLIAMS & ASSOCIATES, P.L.L.C.
810 Highway 6 South, Suite 111
Houston, Texas 77079
Telephone: (832) 230-4125
Fax:    (832) 230-5310
joe@joemwilliamslaw.com

## IX. FURTHER INFORMATION

Further information about this Notice, the deadline for filing a "Consent to Join", or questions concerning this lawsuit may be obtained by writing or telephoning plaintiffs' attorneys

at the numbers and addresses stated above.