# Exhibit B

| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST | § | COLLECTIVE ACTION |
| | § | |
| MARBAR VENTURE CORP | § | NOTICE OF CONSENT |
| | § | |

I consent to be a party plaintiff in a wage and hour case against Marbar Corp. I agree to be represented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professional Services Agreement entered into by the lead plaintiff.

_____
Signature

_____
Full Legal Name (print)

_____
Date

_____       _____
Street Address                                              Cell Phone Number

_____       _____
City, State, Zip Code                                     E-mail Address

_____       _____
Telephone Number                                      Emergency Contact (Name & Phone #)

Return by Mail to:      The Law Offices of Joe M. Williams & Associates, P.L.L.C.
                        Marbar Venture Corp Overtime Case
                        810 Highway 6 South, Suite 111
                        Houston, Texas 77079

OR by fax to:           832-230-5310 (Facsimile)

OR by email to:         joe@joemwilliamslaw.com.