IN IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN FLEENER on behalf of herself individually, AND ALL SIMILARLY SITUATED,<br>    Plaintiffs,<br><br>v.<br><br>MARBAR VENTURE CORP.<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>FILE NO: 4:15-cv-1206 |

## ORDER

WHEREAS, the Meagan Fleener, NAMED PLAINTIFF in this matter and Defendant Marbar Venture Corp. have petitioned this Court for initial Class Certification under Section 216 (b) of the Fair Labor Standards Act, and

WHEREAS the Named Plaintiff and Defendant agree that a class consisting of all hourly employees of Defendant's bar/club operating as "Renos" are similarly situated with regard to job duties and common pay practices, and

WHEREAS the Named Plaintiff and Defendant jointly seek a Court-approved schedule for the notification and processing of potential "opt-in" class members,

IT IS HEREBY ORDERED that the Plaintiff and Defendant's Motion for initial class certification in the above-captioned matter is granted.

IT IS HEREBY FURTHER ORDERED that Plaintiff and Defendant's Proposed *Hoffman-LaRoche* Notice and Consent to Join form is approved for use in this matter.

IT IS HEREBY FURTHER ORDERED that by _____8/26/15_____

Order
*Fleener et al. v. Marbar Venture Corp.*

(14 days from the date of this order) Defendant Marbar Venture Corp., will provide to Plaintiff's Counsel, the names, last known addresses, and telephone numbers of all current and former employees paid on an hourly basis, employed by Defendant, at any time within three years prior to May 6, 2015.

**IT IS HEREBY FURTHER ORDERED** that by  9/9/15  ( 28  days from the date of this order), Plaintiff's Counsel shall mail a copy of the Court-approved Notice and Consent Form to the Potential Class Members.

**IT IS HEREBY FURTHER ORDERED** that the Potential Class Members shall have sixty days from the date Notice is mailed to return their signed Consent forms, for filing and examination by the Court.

Dated: AUG 1 2 2015

ALFRED H. BENNETT
HONORABLE UNITED STATES
District Judge Presiding

**Order**
*Fleener et al. v. Marbar Venture Corp.*