IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff <br><br> v. <br><br><br><br><br><br><br><br> MARBAR VENTURE, CORP <br> Defendant. | § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 4:15-cv- 1206 |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby files the following Notice of Consent in connection with the above-entitled and numbered action attached hereto as Exhibit A.

                                              THE LAW OFFICE OF JOE M. WILLIAMS &
                                              ASSOCIATES, P.L.L.C.

                                              By:     /s/ *Joe Williams*
                                                     Joe Micah Williams
                                                     State Bar No. 24063066
                                                   Fed ID No. 997092

                                            810 Highway 6 S., Suite 111
                                            Houston, Texas 77079
                                            Telephone:    (832) 230-4125
                                            Facsimile:     (832) 230-5310

                                            **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the 3rd day of September 2015, a true and correct copy of the foregoing instrument has been forwarded to Defendant's counsel of record via the Court's ecf electronic filing system.

                                                 By:   /s/ *Joe Williams*
                                                          Joe Williams