IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br><br><br><br><br><br><br>MARBAR VENTURE, CORP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.  4:15-cv- 1206<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**EXHIBIT A TO NOTICE OF FILING CONSENT FORM**

1. **Richard Joseph Chenoweth**
2. **Connie Beth Bryam**

| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST | § § | COLLECTIVE ACTION |
| MARBAR VENTURE CORP | § § § | NOTICE OF CONSENT |

I consent to be a party plaintiff in a wage and hour case against Marbar Corp. I agree to be represented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professional Services Agreement entered into by the lead plaintiff.

_____
Signature

Richard Joseph Chenoweth
Full Legal Name (print)

8/29/15
Date

5115 Beaver Rd.
Street Address

832-580-3650
Cell Phone Number

Santa Fe, Texas, 77517
City, State, Zip Code

rickychenoweth127@gmail.com
E-mail Address

N/A
Telephone Number

Richard Chenoweth 713-252-5162
Emergency Contact (Name & Phone #)

Return by Mail to:   The Law Offices of Joe M. Williams & Associates, P.L.L.C.
                     Marbar Venture Corp Overtime Case
                     810 Highway 6 South, Suite 111
                     Houston, Texas 77079

OR by fax to:        832-230-5310 (Facsimile)

OR by email to:      joe@joemwilliamslaw.com.

| | | |
|---|---|---|
| IN RE: FLSA CLAIMS AGAINST | § § | COLLECTIVE ACTION |
| MARBAR VENTURE CORP | § § | NOTICE OF CONSENT |

I consent to be a party plaintiff in a wage and hour case against Marbar Corp. I agree to be repres ented by The Law Offices of Joe M. Williams & Associates, P.L.L.C. pursuant to the terms of the Professio nal Services Agreement entered into by the lead plaintiff.

*Connie Byram*
Signature

Connie Beth Byram
Full Legal Name (print)

9-3-15
Date

2508 Pecan St.
Street Address

Dickinson, TX 77539
City, State, Zip Code

713-384-0325
Telephone Number

713-384-0325
Cell Phone Number

conniebirum@hotmail.com
E-mail Address

Lois Byram 785-209-835,
Emergency Contact (Name & Phone #)

Return by Mail to:   The Law Offices of Joe M. Williams & Associates, P.L.L.C.
Marbar Venture Corp Overtime Case
810 Highway 6 South, Suite 111
Houston, Texas 77079

OR by fax to:   832-230-5310 (Facsimile)

OR by email to:   joe@joemwilliamslaw.com