IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGAN FLEENER on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff <br><br> v. <br><br><br><br><br> MARBAR VENTURE, CORP <br> Defendant | § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 4:15-cv- 1206 |

**NOTICE OF FILING WITHDRAWAL OF CONSENTS**

Comes now the following named class members, and files this, their notice of withdrawal of consent to join the above-referenced class action lawsuit.

The following individual hereby withdraws her notice of consent from this action:

1.   **Stacy Renee Palomarez**

                                THE LAW OFFICE OF JOE M. WILLIAMS &
                                ASSOCIATES, P.L.L.C.

                                By:   /s/ *Joe Williams*
                                     Joe Micah Williams
                                     State Bar No. 24063066
                                     Fed ID No. 997092

810 Highway 6 South, Suite 111
Houston, Texas 757079
Telephone:    (832) 230-4125
Facsimile:     (832 230-5310

                        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to all counsel of record via the courts ecf electronic filing system on this 9th day of December 2015.

                                                 */s/ Joe Williams*
                                                 Joe Williams