IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN FLEENER on behalf of herself individually, AND ALL SIMILARLY SITUATED,<br>　　　Plaintiffs, | § § § § § § | |
| | § § | CIVIL ACTION<br>FILE NO: 4:15-cv-1206 |
| v. | § § § | |
| MARBAR VENTURE CORP.<br>　　　Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

　　　NOW INTO COURT, through undersigned counsel, comes plaintiffs, Meagan Fleener on behalf of herself individually and all others similarly situated and defendant, Marbar Venture Corp., pursuant to Rule 41 of the Federal Rules of Civil Procedure, to jointly file this Stipulation of Dismissal and stipulate that the parties have agreed to settlement of their disputes and request the dismissal with prejudice of all claims and causes of action brought by plaintiffs against defendant. This stipulation terminates the above-captioned action with prejudice.

Respectfully submitted,

| | |
|---|---|
| **THE LAW OFFICES OF JOE M. WILLIAMS & ASSOCIATES, P.L.L.C.**<br>810 Highway 6 South, Suite 111<br>Houston, Texas 77079<br>(832) 230-4125 – Telephone<br>(832) 230 –5310 Facsimile<br><br>By: /s/ *Joe Williams*<br>　　Joe Williams | **CUNNINGHAM LEGAL**<br><br>15240 Highway 3, #604<br>Webster, Texas 77598<br>(713) 594-5815 – Telephone<br>(713) 893-0812 – Facsimile<br><br>By: /s/ *Karen Dennison*<br>　　Karen Dennison |

2

| | |
|---|---|
| Federal ID. No.997092 | Federal ID No. 2119037 |
| State Bar No. 24063066 | State Bar No. 24044680 |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that on this the 18th day of December 2015, a true and correct copy of the foregoing instrument has been forwarded to all counsel via the Court's ecf electronic filing system.

By: /s/ *Joe Williams*
Joe Williams