United States District Court
Southern District of Texas
**ENTERED**
December 22, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN FLEENER, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:15-CV-1206 |
| MARBAR VENTURE CORP, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on December 18, 2015 it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on this day of __DEC 2 2 2015__ .

_____
The Honorable Alfred H. Bennett
United States District Judge